# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRETT ANTONACCI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 07-CV-181-WDS |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

Before the Court is a Report and Recommendation of United States Magistrate Judge Philip M. Frazier that the Commissioner's final decision regarding plaintiff's application for disability insurance benefits be reversed. To date, no objections have been filed by the parties.

Upon review of the record, the Court **ADOPTS** the recommendation of the magistrate judge. The Commissioner's decision denying plaintiff's application for disability insurance benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner for further proceedings and a new decision.

**IT IS SO ORDERED.**

**DATED:** March 19, 2008.

> **s/ WILLIAM D. STIEHL**
> **DISTRICT JUDGE**